**United States District Court**
For the Northern District of California

***E-FILED***
**November 17, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNNION LAW FIRM,<br><br>        Plaintiff,<br><br>   v.<br><br>AMCO INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 05-03194 RS<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for December 7, 2005 at 2:30 p.m. is continued to **December 21, 2005 at 2:30 p.m.** Plaintiff shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than December 14, 2005**.

IT IS SO ORDERED.

Dated:  November 17, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Gerald A. Rose, Esq.
Email: gfitzrose@aol.com

Margaret M. Drugan, Esq.
Email:  mmdrugan@rkmc

Dated:  November 17, 2005

                          CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                          By:      /s/BAK