**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*E-FILED\***
**June 8, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THE DUNNION LAW FIRM,

        Plaintiff,

v.

AMCO INSURANCE COMPANY,

        Defendant.

_____/

No. C 05-03194 RS

**ORDER RE: SETTLEMENT;**
**STAND-BY ORDER TO SHOW**
**CAUSE**

TO ALL PARTIES AND COUNSEL OF RECORD:

        The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 9, 2006**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 16, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

        Failure to comply with this Order may result in dismissal of the case.

        IT IS SO ORDERED.

Dated: June 8, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY**

2

**PROVIDED TO:**

3

Margaret M Drugan      mmdrugan@rkmc.com, biberinger@rkmc.com

4

Scott Gregory Johnson      sgjohnson@rkmc.com,

5

Julian J. Pardini      pardini@lbbslaw.com, koch@lbbslaw.com

6

Gerard A. Rose      gfitzrose@aol.com

7

Terry Marie Weyna      weyna@lbbslaw.com

8

9

10

Counsel are responsible for distributing copies of this document to co-counsel who have not

11

registered for e-filing under the court's CM/ECF program.

12

13

Dated: June 8, 2006

14

15

     /s/ BAK
     Chambers of Magistrate Judge Richard Seeborg

16

17

18

19

20

21

22

23

24

25

26

27

28