Gerard A. Rose (CSB No. 058156)
Post Office Box 6516
Carmel, CA 93921
Telephone: (831) 624-3228
Facsimile: (831-649-5550)

Attorneys for Plaintiff

FILED
JUN 16 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| THE DUNNION LAW FIRM,<br><br>    Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>    Defendants. | Case No. 05-CV-03194-RS<br><br>**STIPULATION OF DISMISSAL**<br>**Fed. Rules Code Civ. Proc., Rule 41**<br>**AND [PROPOSED] ORDER** |

IT IS STIPULATED by and between the parties through their respective attorneys of record as follows:

This action is dismissed with prejudice and this dismissal applies to all claims of any kind whatsoever, including but not limited to, claims for costs, interests and attorneys fees.

DATED: June 15, 2006          LAW OFFICES OF GERARD A. ROSE

                              By: _____
                              GERARD A. ROSE
                              Attorney for Plaintiff
                              THE DUNNION LAW FIRM

///
///

4853-1544-7297.1

DEFENDANT AMCO INSURANCE COMPANY'S RULE 26 EXPERT DISCLOSURES

(Left margin: LEWIS BRISBOIS BISGAARD & SMITH LLP, ONE SANSOME STREET, SUITE 1400, SAN FRANCISCO, CALIFORNIA 94104, TELEPHONE (415) 362-2580)

DATED: June 6, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Attorneys for Defendant
AMCO INSURANCE COMPANY

## ORDER

IT IS SO ORDERED.

Dated: 6/15/06

_____
Richard Seeborg
U.S. Magistrate Judge